199 So. 914

### Herman ROBERSON v. STATE.
#### 4 Div. 620.

Court of Appeals of Alabama.
Nov. 12, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.